```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
TEODORO GONZALES,                                   :
                                                    :
                         Plaintiff,                 :
                                                    :
          -v-                                       :     25 Civ. 6965 (JPC)
                                                    :
056 DELI & GROCERY CORP. et al.,                    :           ORDER
                                                    :
                         Defendants.                :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 16, 2025, counsel for Plaintiff filed a letter advising the Court that their client "no longer wishes to proceed with this action." Dkt. 7. As a result, counsel sought guidance "as to how to proceed with a dismissal in such circumstances." *Id.*

Under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), a district court retains jurisdiction to review and approve any settlement under the Fair Labor Standards Act ("FLSA"), notwithstanding the parties' joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii). *See also Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 810 (2d Cir. 2022) ("[T]he logic of *Cheeks* as applied to Rule 41(a)(1)(A)(ii) dismissals with prejudice applies equally to Rule 41(a)(1)(A)(i) dismissals without prejudice.").

By October 1, 2025, Defendants must file a letter to the Court confirming that no settlement has been reached with Plaintiff. If a settlement has been reached, the Court will "engage in a *Cheeks* fairness review, but in the absence of a settlement, [a] notice of dismissal [will] be so-ordered." *Id.* at 811.

SO ORDERED.

Dated: September 16, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge